IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robin R. Sheffield,   Case No. 3:16CV00580

      Plaintiff,

      v.   **ORDER**

Commissioner of Social
Security,

      Defendant.

This is a social security case in which the Magistrate Judge recommended reversal and remand of the Commissioner's final decision. (Doc. 22). The Magistrate Judge found that the Commissioner's decision was not supported by substantial evidence.

The Commissioner has no objections to the Report and Recommendation. (Doc. 23).

I have reviewed the case, *de novo*, which I find well-taken on the merits for the reasons stated in the Report and Recommendation, which is incorporated herein by reference as the opinion of the undersigned.

Therefore, it is hereby,

ORDERED THAT: the Report and Recommendation of the United States Magistrate Judge (Doc. 22) be, and the same hereby is, adopted as the Order of this Court. The Commissioner's final decision in plaintiff's motion for benefits (Doc. 1) is reversed and remanded.

So ordered.

                                                    /s/ James G. Carr
                                                    Sr. U.S. District Judge